[Department Two. — April 6, 1883.]

R. B. BUCKNER, PETITIONER, *v.* W. P. VEUVE, RESPONDENT.

PROHIBITION — QUO WARRANTO — OFFICE. — Prohibition will not lie to prevent the usurpation of an office. *Quo warranto* is the proper remedy.

APPLICATION for a writ of prohibition. The petitioner was elected justice of the peace of San Jose Township at the election held January 8, 1883. The respondent was elected justice of the peace for the city of San Jose under the provisions of section 103 of the Code of Civil Procedure. By virtue of the Act of March 17, 1874, the petitioner, as justice of the peace of the township, is *ex-officio* police justice or judge of the police court of the city of San Jose.

Petitioner alleged that on March 22, 1883, the respondent ousted him of the office of police judge for the city of San Jose, and wrongfully assumed to discharge the duties of that office, and prayed for a writ of prohibition, commanding the respondent to desist and refrain from discharging the duties of the office.

*Wm. B. Hardy*, for Petitioner.

PER CURIAM. — *Quo warranto* lies to prevent the usurpation of an office. Prohibition is not available as a remedy for that purpose.

Application for a writ of prohibition denied.